JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAKSIM MIROSHNICHENKO,<br><br>                    Petitioner,<br><br>          v.<br><br>DHS,<br><br>                    Respondent. | Case No. 5:26-cv-02920-JAK-RAO<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Petition for Writ of Habeas Corpus is granted and Judgment is entered in favor of Petitioner.

**IT IS SO ORDERED.**

DATED: June 11, 2026

_____
John A. Kronstadt
United States District Judge